# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Mason White Hyde-El, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:20-cv-00113-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael Nethken, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 19, 2022 Order.

January 19, 2022

_____

Frank G. Johns, Clerk
United States District Court